**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2894

_____

United States of America,     *
    *
        Appellee,     *
    *    Appeal from the United States
      v.     *    District Court for the
    *    District of South Dakota.
Royce Gay,     *
    *    [UNPUBLISHED]
        Appellant.     *

_____

Submitted: November 18, 1997
Filed: March 18, 1998

_____

Before BEAM, HEANEY, and JOHN R. GIBSON, Circuit Judges.

_____

PER CURIAM.

Royce Gay appeals from the district court's[1] denial of his motion to suppress evidence discovered in a search of his residence and admitted against him at trial on a charge of marijuana possession with intent to distribute. Having carefully reviewed the record and the parties' briefs, we conclude that the district court did not err. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard H. Battey, Chief United States District Judge for the District of South Dakota.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.